```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 03 B 51498
   JOSE H LAMADRID
   MAGDALENA E LAMADRID                       CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

              Debtor
   SSN XXX-XX-3843     SSN XXX-XX-2725

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/23/2003 and was confirmed 03/11/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 09/10/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
FIFTH THIRD BANK           CURRENT MORTG        .00            .00           .00
FIFTH THIRD BANK           MORTGAGE ARRE     6263.00        109.49       6263.00
DAIMLER CHRYSLER FINANCI   SECURED          10803.00        536.90      10803.00
DAIMLER CHRYSLER FINANCI   SECURED           7275.00        370.50       7275.00
CITIFINANCIAL MORTGAGE C   CURRENT MORTG        .00            .00           .00
CITIFINANCIAL MORTGAGE C   MORTGAGE ARRE     1251.50         21.89       1251.50
LITTON LOAN SERVICING      MORTGAGE ARRE     1734.76         21.36       1734.76
LITTON LOAN SERVICING      CURRENT MORTG        .00            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00           .00
AMERICAN EXPRESS TRAVEL    UNSEC W/INTER     6942.07        282.52       6942.07
BANK ONE~                  UNSEC W/INTER     3636.77        148.07       3636.77
ROUNDUP FUNDING LLC        UNSEC W/INTER    11954.90        486.55      11954.90
ROUNDUP FUNDING LLC        UNSEC W/INTER     3999.19        167.63       3999.19
TRAUNER COHEN & THOMAS     UNSEC W/INTER   NOT FILED          .00           .00
CAPITAL ONE BANK           UNSEC W/INTER     7684.26        313.04       7684.26
ECAST SETTLEMENT CORP      UNSEC W/INTER    11096.05        451.58      11096.05
RESURGENT CAPITAL SERVIC   UNSEC W/INTER    15312.89        623.26      15312.89
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     9662.66        405.63       9662.66
ECAST SETTLEMENT CORP      UNSEC W/INTER     7810.04        317.91       7810.04
DISCOVER FINANCIAL SERVI   UNSEC W/INTER    20160.55        820.57      20160.55
BANK ONE DELAWARE          UNSEC W/INTER     6612.05        269.13       6612.05
ECAST SETTLEMENT CORP      UNSEC W/INTER     2412.44         98.23       2412.44
ECAST SETTLEMENT CORP      UNSEC W/INTER    11223.27        456.79      11223.27
MBNA AMERICA               UNSEC W/INTER   NOT FILED          .00           .00
OUR LADY OF THE RESURREC   UNSEC W/INTER   NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     6194.58        252.13       6194.58
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     5852.62        238.22       5852.62
US BANK/ELAN/RETAIL PAYM   UNSEC W/INTER    10692.12        435.19      10692.12
DAIMLER CHRYSLER FINANCI   UNSEC W/INTER     2700.48        109.91       2700.48
DAIMLER CHRYSLER FINANCI   UNSEC W/INTER     2188.75         89.06       2188.75
ROUNDUP FUNDING LLC        UNSEC W/INTER     8696.85        353.99       8696.85
ECAST SETTLEMENT CORP      UNSEC W/INTER      390.00         16.15        390.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 03 B 51498 JOSE H LAMADRID & MAGDALENA E LAMADRID

```
DOUGLAS W SMITH ATTY    DEBTOR ATTY         .00                    .00
TOM VAUGHN              TRUSTEE                              11,503.81
DEBTOR REFUND           REFUND                                6,741.23

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                  208,190.54

PRIORITY                                              .00
SECURED                                         27,327.26
    INTEREST                                     1,060.14
UNSECURED                                      155,222.54
    INTEREST                                     6,335.56
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                            11,503.81
DEBTOR REFUND                                    6,741.23
                         ---------------      ---------------
TOTALS                   208,190.54            208,190.54
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 12/27/07           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
       CASE NO. 03 B 51498 JOSE H LAMADRID & MAGDALENA E LAMADRID